

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2024

No. 04-24-00492-CV

**REGENT CARE CENTER AT BLANCO**,
Appellant

v.

Fidencio **RUIZ** and Andy Ruiz,
Appellees

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2018CV04810
Honorable Cesar Garcia, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. Costs of court for this appeal are taxed against Regent Care Center at Blanco.

It is so **ORDERED** on October 9, 2024.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2024.

_____
Luz Estrada, Chief Deputy Clerk